UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2020 OUTDOOR MEDIA, LLC,

Plaintiff,

v.

Case No. 24-cv-12801
Hon. Matthew F. Leitman

CITY OF STERLING HEIGHTS,

Defendant.

______________________________________/

**ORDER (1) GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF. NO 24); AND (2) GRANTING DEFENDANT LEAVE TO FILE A RENEWED MOTION FOR SUMMARY JUDGMENT**

Now pending before the Court is Defendant's Motion for Summary Judgment. (*See* Mot., ECF ECF No. 24.) On September 25, 2026, the Court held an on-the-record status during which it announced its oral ruling on the motion. For the reasons explained in detail on the record during the conference, **IT IS HEREBY ORDERED** as follows:

- Defendant's Motion for Summary Judgment is **GRANTED** with respect to the claims in Counts Five, Six and Nine of the Complaint (ECF No. 1).
- Defendant's Motion for Summary Judgment is **DENIED** without prejudice with respect to all other claims.

- Defendant is **GRANTED** leave to file a renewed Motion for Summary Judgment with respect to the remaining claims for the reasons stated on the record.
- The parties shall proceed as follows:
  - By no later than **November 2, 2026**, Plaintiff shall file a notice specifically identifying for the claims in Counts Two, Three, Four, and Eight of the Complaint (1) each injury for which it is seeking relief and (2) the allegations in the Complaint in which Plaintiff claims to have suffered each identified injury. In addition, Plaintiff shall explain in the notice how the relief sought in each claim would redress each identified injury notwithstanding the severance provision in Defendant's zoning ordinance. Plaintiff shall provide this information separately for each of the claims identified above, except that Plaintiff may combine its response regarding the claim in Count Eight (which arises under state law) with its response regarding the corresponding federal claim.
  - By no later than **December 4, 2026**, Defendant shall file its renewed motion.
  - By no later than **January 11, 2027**, Plaintiff shall file its response to the renewed motion.

- By no later than **January 29, 2027**, Defendant may file a reply in further support of its renewed motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126